IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF     CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS     IN ADMIRALTY
OWNER OF "BREAKWATER," A 48-FOOT 1976
CREWBOAT, FOR EXONERATION FROM OR     No.
LIMITATION OF LIABILITY
---------------------------------------------------------------x

## DECLARATION OF VALUE

Michael B. McCauley, Esquire, hereby declares that he is a partner with the law firm of Palmer Biezup & Henderson LLP, attorneys for the Petitioner herein and he is authorized to make this Declaration on behalf of Delaware Bay Launch Service, Inc., as owner of the "BREAKWATER," a certain 48-foot 1976 crewboat built by Breaux Bay Craft (hereinafter "the Vessel").

After the incident alleged in the Complaint, upon information and belief, the Vessel had a fair market value of one-hundred twenty-five thousand dollars and zero cents ($125,000.00), and there was no freight then pending. This valuation is based upon the local market value of similar vessels in similar condition at the time of the alleged incident.

Petitioner hereby undertakes to pay any costs that may be required in connection with this limitation proceeding upon Order of this Honorable Court.

PBH: 185811.1

-1-

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2006.

_____
Michael B. McCauley