IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF : CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS : IN ADMIRALTY
OWNER OF "BREAKWATER," A 48-FOOT 1976 :
CREWBOAT, FOR EXONERATION FROM OR : No.
LIMITATION OF LIABILITY :
                                                                     06 - 595
------------------------------------------------------------x

## ORDER FOR AD INTERIM STIPULATION

Petitioner, Delaware Bay Launch Service, Inc., as owner of the "BREAKWATER," a certain 48-foot 1976 crewboat built by Breaux Bay Craft (hereinafter "the Vessel"), having filed a Complaint for exoneration or limitation of liability with respect to the Vessel and having prayed that it be directed to file an Ad Interim Stipulation for the value of the Vessel with surety pending the appraisal of Petitioner's interest in the Vessel, and it appearing from the Affidavit of Value filed with the Complaint that the value of the Vessel after the Incident was $125,000.00 and that there was no freight then pending;

AND NOW, on the Motion of Palmer Biezup & Henderson LLP, attorneys for the Petitioner, it is hereby

ORDERED that Petitioner shall file an Ad Interim Stipulation for the value of the Vessel in the total sum of $125,000.00 with surety, along with security for costs of $500.00 and interest at the rate of six per cent (6%) per annum; and it is further ORDERED that any party may apply to have the amount of said Stipulation increased or diminished, as the case may be, upon application of any

PBH: 185811.1

-1-

-2-

such person for due appraisement to be made and determined by this Court that the amount of said Stipulation does not properly represent Petitioner's interest in the Vessel at the time in issue.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

Dated: 10/12/06

PBH: 185811.1