IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br>DELAWARE BAY LAUNCH SERVICE, INC.,<br>AS OWNER OF "BREAKWATER" A 48' 1976<br>CREWBOAT, FOR EXONERATION FROM<br>AND LIMITATION OF LIABILITY: | CIVIL ACTION<br>IN ADMIRALTY<br><br>CA 06-595 |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I certify that on November 28, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803
mccauley@pbh.com

/s/ Elwood T. Eveland, Jr.
**Elwood T. Eveland Jr. Esquire**
*Attorney for Debtors*

DATED: November 28, 2006