**LEGAL NOTICE**

In the U.S. District Court for the District of Delaware: Notice is given that Delaware Bay Launch Service, Inc., as owner of the 'BREAKWATER,' a certain 48-foot 1976 crewboat built by Breaux Bay Craft, has filed a complaint claiming exoneration from or limitation of liability for all claims arising out of an accident which allegedly occurred on or about April 27, 2006, in or near the Delaware Bay. The Court has ordered that all persons asserting any claim with respect to said incident file their Answer to said Complaint and written claim with the Clerk of the Court at J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801 within forty-five (45) days of the entry of the Courts Restraining Order, dated October 12, 2006, and to serve upon or mail to Palmer Biezup & Henderson LLP, 1223 Foulk Road, Wilmington, DE 19803, attorneys for Petitioner, a copy thereof on or before November 27, 2006, or be defaulted.
170518 MC 10/26;11/2,9,16/06

# Independent Newspaper

P.O. Box 7001 • Dover, Delaware • 19903 • 1-800-

State of Delaware:

:ss.

Counties of Kent/Sussex:

Before me, a Notary Public, for the County and State aforesaid, Wanda Ford-Waring, known to me to be such, who being sworn according to law deposes and says that she is an officer of Independent Newspaper Inc, the Publisher of the **The Milford Chronicle**, a weekly newspaper published at Milford, County of Kent/Sussex, and State of Delaware, and that the notice, a copy of which is hereto attached, as published in the **The Milford Chronicle** in its issue of *October 26, 2006 November 2, 9 & 16, 2006*

*[signature]*

Vice President, Corporate Services
Independent Newspapers, Inc.

Sworn to and subscribed before me this _____ *29th* _____

Day of _____ *November* _____ A.D. *2006*

*Janet Kelly*

Notary Public