IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN THE MATTER OF COMPLAINT OF           : CIVIL ACTION
DELAWARE BAY LAUNCH SERVICE, INC. AS    : IN ADMIRALTY
OWNER OF "BREAKWATER," A 48-FOOT 1976
CREWBOAT, FOR EXONERATION FROM OR       : No. 06-595-JJF
LIMITATION OF LIABILITY
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 12, 2007, copies of Petitioner's Interrogatories and Request for Production of Documents directed to Claimant Xenophon Papanikolaou were served upon the following counsel of record via First-Class Mail:

Elwood T. Eveland, Jr., Esq.　　　　　　　　　　　　Jonathan M. Walsh, Esq.
715 North King Street　　　　　　　　　　　　　　　Hofmann & Associates
Suite 200　　　　　　　　　　　　　　　　　　　　　360 West 31st Street
Wilmington, DE  19801　　　　　　　　　　　　　　　New York, NY 10001

　　　　　　　　　　　　PALMER BIEZUP & HENDERSON LLP

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Michael B. McCauley (ID 2416)
　　　　　　　　　　　　　　1223 Foulk Road
　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　302 594 0895
　　　　　　　　　　　　　　302 478 7625 (fax)
　　　　　　　　　　　　　　mccauley@pbh.com
　　　　　　　　　　　　　　Attorneys for Delaware Bay Launch Service, Inc.

PBH: 190619.1