


IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC., AS OWNER OF "BREAKWATER" A 48' 1976 CREWBOAT, FOR EXONERATION FROM AND LIMITATION OF LIABILITY: | CIVIL ACTION IN ADMIRALTY  CA 06-595 |

---------------------------------------------------------------x

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes CLAIMANT Xenophon Papanikolaou who moves this Court substitute Charles Knothe as counsel for claimant in place of Elwood T. Eveland, Jr. and the Eveland Law Firm.

Respectfully submitted this 6th day of May, 2008.

ELWOOD T. EVELAND, JR.
Bar I.D. No. 2044
Eveland Law Firm
715 North King Street, Suite 200
Wilmington, DE 19801

CHARLES KNOTHE
Bar I.D. No. 2012
#14 The Commons
3516 Silverside Road
Wilmington, Delaware 19810-4932

FILED
MAY - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DELAWARE BAY LAUNCH SERVICE, INC., AS OWNER OF "BREAKWATER" A 48' 1976 CREWBOAT, FOR EXONERATION FROM AND LIMITATION OF LIABILITY: | CIVIL ACTION IN ADMIRALTY<br><br>CA 06-595 |

------------------------------------------------------------------x

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

IT IS ORDERED the above and foregoing Motion to Substitute Counsel be and is hereby GRANTED.

WILMINGTON, DE., this           day of                    , 2008.

                                                               _____
                                                               DISTRICT JUDGE