IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: DELAWARE BAY LAUNCH SERVICE, INC. as owner of "Breakwater", a 48' 1976 Crewboat, for exoneration from and limitation of liability | :<br>:<br>: C.A. No. 06-595<br>:<br>: ADMIRALTY<br>: |

O R D E R

WHEREAS, the May 8, 2008 Pretrial Conference has been cancelled in the above-captioned case;

WHEREAS, counsel has requested a continuance of this matter until service and consolidation has been completed with regard to a related case, Papanikolaou v. Atlantic Ship Agencies Inc., Civil Action No. 08-218;

NOW THEREFORE, IT IS ORDERED that the above-captioned action is **ADMINISTRATIVELY CLOSED**.  The parties shall file a Status Report every ninety (90) days from the date of this Order, and the Court will reopen the matter upon the written application of any party.

May 9, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE