IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br>DELAWARE BAY LAUNCH SERVICE, INC.,<br>AS OWNER OF "BREAKWATER" A 48' 1976<br>CREWBOAT, FOR EXONERATION FROM<br>AND LIMITATION OF LIABILITY: | CIVIL ACTION<br>IN ADMIRALTY<br><br>CA 06-595-JJF |

-----------------------------------------------------------------x

## STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes claimant Xenophon Papanikolaou who, pursuant to an oral order of this Court, submits the following status report.

New York counsel for Mr. Papanikolaou forwarded the citations and petitions in this matter to counsel who appeared for the defendants Atlantic Ship Agencies, Inc., Corona Special Maritime Enterprise and Kristin Navigation, Inc. in the previous New Jersey matter. Last week, defendants' counsel advised Mr. Papanikolaou's counsel that he is awaiting word from his client as to whether they will accept service without the need to serve the documents on the foreign entities pursuant to the Hague Convention.

Counsel for Mr. Papanikolaou will move the Court to reopen this matter as soon as service is effectuated on the Greek entities.

_____
CHARLES KNOTHE
Bar I.D. No.2012
#14 The Commons
3516 Silverside Road
Wilmington, Delaware 19810-4932
302.478.8800
Attorney for Xenophon Papanikolaou